UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD WARDELL UNDERWOOD,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | No.  2:14-cv-1326-KJN<br><br><br><br>ORDER |

   Good cause having been shown, IT IS HEREBY ORDERED that:

1. The stipulation for a first extension of time to file plaintiff's motion for summary judgment (ECF No. 12) is approved.

2. Plaintiff shall file his motion for summary judgment no later than December 8, 2014.

   IT IS SO ORDERED.

Dated:  October 31, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1