UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD WARDELL UNDERWOOD,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  2:14-cv-1326-KJN<br><br><br><u>ORDER</u> |

In light of the parties' stipulation for an extension of time to file the Commissioner's opposition to plaintiff's motion for summary judgment and/or a cross-motion for summary judgment (ECF No. 15), IT IS HEREBY ORDERED that:

1. The Commissioner shall file any opposition to plaintiff's motion for summary judgment and/or a cross-motion for summary judgment no later than February 2, 2015.
2. All other case deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated:  January 6, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1