UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD WARDELL UNDERWOOD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 2:14-cv-1326-KJN<br><br><br>ORDER |

　　　　The parties' stipulation (ECF No. 21) is APPROVED.  Based on that stipulation, plaintiff is awarded $4,900.00 in fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and $0 in costs pursuant to 28 U.S.C. § 1920, to be paid in accordance with the parties' stipulation.

　　　　IT IS SO ORDERED.

Dated: July 23, 2015

　　　　　　　　　　　　　　　　　　　　　　　/s/ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1